FILED

JAN 07 2013

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LESLIE J. GAINES, Jr.,<br><br>　　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>A. HEDGPETH, et al.,<br><br>　　　　　　　　　　　Defendants. | Case No. C 11-2124 JSW (PR)<br><br>[~~PROPOSED~~] ORDER GRANTING DEFENDANTS' MOTION TO CHANGE TIME TO FILE REPLY BRIEF SUPPORTING MOTION FOR SUMMARY JUDGMENT<br><br>(DOCKET NO. 44) |

　　　Defendants Hedgpeth and Lee have moved for a twenty-one-day extension, up to and including January 23, 2013, in which to file their reply in support of Defendants' motion for summary judgment. The Court has read and considered Defendants' motion to change time and the accompanying declaration of counsel and, good cause appearing,

　　　IT IS ORDERED that Defendants' requested extension of time is GRANTED. The time in which Defendants may file a reply is extended up to and including January 23, 2013.

Dated: ___JAN 07 2013___　　　　　　　　　　　/s/ Jeffrey S. White
　　　　　　　　　　　　　　　　　　　　　　　　The Honorable Jeffrey S. White
　　　　　　　　　　　　　　　　　　　　　　　　United States District Court

1

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

LESLIE J. GAINES JR.,

    Plaintiff,

v.

HEDGPETH et al,

    Defendant.

Case Number: CV11-02124 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 7, 2013, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Leslie J. Gaines
T42948
P.O. Box 5242
Corcoran, CA 93212

Dated: January 7, 2013

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk