FILED

FEB 15 2013

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LESLIE J. GAINES, | No. C 11-2124 JSW (PR) |
| Plaintiff, | **AMENDED JUDGMENT** |
| v. | |
| A. HEDGPETH, et al., | |
| Defendants. | |

The judgment entered on February 14, 2013, is VACATED and AMENDED as follows. Pursuant to the order granting summary judgment, judgment is entered in favor of Defendants.

IT IS SO ORDERED.

DATED: FEB 15 2013

JEFFREY S. WHITE
United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

LESLIE J. GAINES JR.,

    Plaintiff,

v.

HEDGPETH et al,

    Defendant.

Case Number: CV11-02124 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on February 15, 2013, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Leslie J. Gaines
T42948
P.O. Box 5242
Corcoran, CA 93212

Dated: February 15, 2013

    Richard W. Wieking, Clerk

    *Tracy Lucero*

    By: Tracy Lucero, Deputy Clerk